*Arthur K. Bolton, Attorney General,* for appellee.

## 31281. LUKE v. RICKETTS.

DECIDED SEPTEMBER 8, 1976.

*J. Wayne Moulton, W. Michael Maloof,* for appellant.
*Arthur K. Bolton, Attorney General, Jack Park, Harrison Kohler, Assistant Attorneys General,* for appellee.

## 31297. WOODS v. STYNCHCOMBE.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 8, 1976.

Louis Woods, *pro se.*
*Lewis R. Slaton, District Attorney, Arthur K. Bolton, Attorney General, Harrison Kohler, Staff Assistant Attorney General,* for appellee.

## 31687. McCRARY v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*